UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONCHON INTERNATIONAL, INC., BONCHON U.S.A., INC., BONCHON FRANCHISE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NABIEKIM ENTERPRISES, INC, KAYE Y. KIM, CALVIN KIM.<br><br>Defendants. | Case No.  1:22-cv-00311-JLT-HBK<br><br>ORDER GRANTING PARTIES' MOTION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>(Doc. No.  11) |

Pending before the Court is the parties' joint motion for leave for Plaintiff to file a first amended complaint filed on May 3, 2022.  (Doc No. 11).  Defendants consent to Plaintiff being permitted leave to file a First Amended Complaint no later than Tuesday, May 17, 2022, pursuant to Federal Rule of Civil Procedure 15(a)(2).  (*Id*. at 2).[1]  The parties further stipulate that Defendants' deadline to respond to the First Amended Complaint shall be no later than Tuesday, May 31, 2022.

---

[1] Defendants' consent does not eliminate Plaintiff's right to file an amended complaint under Fed. R. Civ. P. 15(a)(1). *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (holding a "[p]laintiff's 15(a)(2) amendment, filed first in time, cannot be construed as a waiver or exhaustion of his automatic right to amend under 15(a)(1), so long as that amendment was timely." *See also T.T. v. Cnty. of San Diego*, No. 319-CV-00407-AJB-AGS, 2020 WL 516146, at *3 (S.D. Cal. Jan. 31, 2020).

Accordingly, it is **ORDERED**:

1. The parties' stipulated motion for leave for Plaintiff to file a first amended complaint (Doc. No. 11) is GRANTED.

2. Plaintiffs shall file a first amended complaint no later than May 17, 2022.

3. Defendants shall respond to Plaintiffs' first amended complaint no later than May 31, 2022.

Dated:  May 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE