UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONCHON INTERNATIONAL, INC., et al., ) | Case No.: 1:22-cv-0311 JLT HBK |
| ) | |
| Plaintiffs, ) | ORDER DIRECTING THE CLERK OF COURT |
| ) | TO UPDATE THE DOCKET IN LIGHT OF THE |
| v. ) | NOTICE OF VOLUNTARY DISMISSAL |
| ) | |
| NABIEKIM ENTERPRISES, INC., et al., ) | (Doc. 13) |
| ) | |
| Defendants. ) | |
| ) | |

On May 16, 2022, Plaintiffs filed a Notice of Voluntary Dismissal, indicating the dismissal of claims against defendant Calvin Kim pursuant to Rule 41. (Doc. 13.)  Pursuant to  Rule 41(a)(1)(A), the plaintiff may dismiss claims "without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the claims against Calvin Kim were automatically terminated. *Id.*

Accordingly, the Clerk of Court **IS DIRECTED** to update the docket and terminate Calvin Kim as a defendant in this action.

IT IS SO ORDERED.

Dated:   **May 20, 2022**

UNITED STATES DISTRICT JUDGE