UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONCHON INTERNATIONAL, INC., BONCHON U.S.A., INC., and BONCHON FRANCHISE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NABIEKIM ENTERPRISES, INC., and KAYE Y. KIM,<br><br>Defendants. | Case No. 1:22-cv-00311-JLT-HBK<br><br>VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 17) |

    Plaintiffs and Defendants filed a Joint Stipulation of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on September 9, 2022. (Doc. No. 17). The Parties state they are dismissing this action *without prejudice* and each party shall bear its own fees and costs. (*Id.*) (emphasis added). In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the Parties stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii).

Dated:   September 12, 2022

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE